```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WALTER L. RODRIGUEZ,                                                   :
                                                                       :
                          Plaintiff,                                   :
                                                                       :        24 Civ. 6278 (JPC)
          -v-                                                          :
                                                                       :        ORDER
JAY GLOBAL ENTERPRISES et al.,                                         :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 20, 2024, Plaintiff filed the Complaint. Dkt. 1. To date, the docket does not reflect a response to the Complaint from Defendants or whether the Complaint was served on Defendant Kyung H. Jung. Accordingly, Plaintiff shall serve the summons and Complaint on Defendant Jung on or before December 20, 2024, and file proof of service on the docket no later than that date. The Court *sua sponte* extends the deadline for all Defendants to respond to the Complaint to January 13, 2025. If Defendants have not responded to the Complaint by January 13, 2025, Plaintiff shall seek a certificate of default on or before January 20, 2025, or show cause why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated: December 9, 2024
       New York, New York

JOHN P. CRONAN
United States District Judge