```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WALTER L. RODRIGUEZ,                                                   :
                                                                       :
                        Plaintiff,                                     :
                                                                       :   24 Civ. 6278 (JPC)
         -v-                                                           :
                                                                       :          ORDER
JAY GLOBAL ENTERPRISES et al.,                                         :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 9, 2024, the Court *sua sponte* extended the deadlines for all Defendants to respond to the Complain to January 13, 2025, and ordered Plaintiff to seek a certificate of default no later than January 20, 2025, in the event that Defendants failed to respond by their deadline to do so.  Dkt. 8.  To date, Defendants have still failed to respond to the Complaint, and Plaintiff failed to seek a certificate of default by his deadline to do so.  Accordingly, Plaintiff shall file a status letter on or before February 10, 2025, advising the Court whether Plaintiff intends to proceed with this action.

　　　　SO ORDERED.

Dated: January 27, 2025　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge