UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WALTER L. RODRIGUEZ,

                      Plaintiff,

            -v-

JAY GLOBAL ENTERPRISES, INC., *et al.*,

                    Defendants.
-----------------------------------------------------------------------X

24 Civ. 6278 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

       On July 23, 2025, the parties were ordered to file an update on the status of mediation by August 22, 2025. The parties failed to submit this update to the Court by that date. The parties shall file the update by September 15, 2025, and are reminded that the failure to comply with Court orders may be punished by sanctions.

       SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                          JOHN P. CRONAN
                                United States District Judge