

# NHG LAW GROUP, P.C.
### COUNSELORS AT LAW

---

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |
| VICTORIA SPAGNOLO, ESQ. | |

**Via: EDNY ECF**  September 26, 2025

Honorable Judge John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The parties' request is granted. The deadline to file the settlement agreement and motion for approval is now October 10, 2025. The Clerk of Court is respectfully directed to close Docket Number 40.
>
> SO ORDERED.
> Date: September 29, 2025
>
> *[signature]* JOHN P. CRONAN, United States District Judge

    **Re:** *Rodriguez v. Jay Global Enterprises, Inc. et al.*; 24-cv-06278-JPC

Dear Hon. Judge Cronan,

    My office represents Plaintiff in the above-referenced FLSA action. Pursuant to Your Honor's Individual Rules, kindly accept this joint letter motion requesting an extension of time to file the Parties' Joint Motion for Settlement Approval from September 26, 2025 through October 10, 2025. This is the Parties' first such request.

    According to You Honor's Memo Endorsement at D.E. 39, the Parties were to file their settlement agreement and motion for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by September 26, 2025. However, the Parties are still in the process of determining the terms of the settlement and need additional time to finalize the settlement agreement.

    Accordingly, the Parties respectfully request an extension of time to file their settlement agreement and joint motion under *Cheeks*, from September 26, 2025, to October 10, 2025. The Parties remain available should Your Honor have any questions.

    We thank the Court for its time and consideration of this request.

                                    Respectfully submitted,

                                      *[signature]*

                                      Victoria Spagnolo, Esq.

cc: all counsel of record via ECF.

---