

### 4242 Merrick Road, Massapequa, New York 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN

**Via: EDNY ECF**                                                    **October 10, 2025**

Honorable Judge John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The parties' request is granted. The deadline to file the settlement agreement and motion for approval is now October 17, 2025. The Clerk of Court is respectfully directed to close Docket Number 42.*

*SO ORDERED.*
*Date: October 14, 2025*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re:     ***Rodriguez v. Jay Global Enterprises, Inc. et al.; 24-cv-06278-JPC***

Dear Hon. Judge Cronan,

My office represents Plaintiff in the above-referenced FLSA action. The Parties jointly and respectfully request a brief extension of time to file the Parties' Settlement Agreement and Joint Motion for Settlement Approval from October 10, 2025 to October 17, 2025. This is the Parties' second such request.

The Parties agreed to the material terms of the settlement agreement but need additional time to obtain the Parties' signatures and also to finalize the Parties' Joint Motion for Settlement Approval pursuant to *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015). Accordingly, the Parties respectfully request a brief extension of time, from October 10, 2025 to October 17, 2025, to file such agreement and joint motion.

The Parties remain available should Your Honor have any questions. We thank the Court for its time and consideration of this request.

Respectfully submitted,

Victoria Spagnolo, Esq.

cc: all counsel of record via ECF.