UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WALTER L. RODRIGUEZ,

                    Plaintiff,

      -against-

JAY GLOBAL ENTERPRISES, INC., et al.,

                    Defendants.

-----------------------------------------------------------------X

24-CV-06278 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and submitted a proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 51. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

    The Clerk of Court is respectfully requested to terminate the motion at ECF No. 44.

**SO ORDERED.**

                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:    October 31, 2025
                New York, New York